IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DALLAS CADWIN JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE NA, <br><br> Defendant. | CIVIL ACTION NO. 5:19-CV-21 (MTT) |

## ORDER

On May 2, 2019, the Court granted Plaintiff Johnson's motion to proceed in forma pauperis. Doc. 10. The Court also reviewed his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and concluded that it failed to state a claim. The Court allowed the Plaintiff twenty-one days to file a recast complaint and stated that failure to file a recast complaint would result in dismissal. *Id.* The Court mailed that Order to the Plaintiff on June 5, 2019. More than twenty-one days have elapsed since the Order was served, and the Plaintiff has not filed a recast complaint. Pursuant to 28 U.S.C. § 1915(e)(2)(B), the complaint (Doc. 1) is **DISMISSED** without prejudice for failure to state a claim.

**SO ORDERED**, this 16th day of July, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT