IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DALLAS CADWIN JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No.  519-CV-21-MTT |
| | * |
| WELLS FARGO HOME MORTGAGE NA, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 16, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 17th day of July, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk